RECEIVED
IN LAFAYETTE, LA.

JUL 0 5 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 12-00069 |
| VERSUS | JUDGE HAIK |
| CEDRIC CONNER | MAGISTRATE JUDGE HILL |

## JUDGMENT

The plea hearing in this matter was referred to United States Magistrate Judge Michael Hill on June 11, 2012. After a review of the plea transcript, and noting the absence of any objections, this Court accepts the plea and enters judgment as follows:

It is **ORDERED, ADJUDGED, and DECREED** that the defendant is guilty to Count 1 of the Indictment, charging him with Production of Child Pornography in violation of 18 U.S.C. § 2251(a).

**THUS DONE AND SIGNED** this the 5th day of July, 2012.

 JUDGE RICHARD T. HAIK, SR.
 UNITED STATES DISTRICT COURT
 WESTERN DISTRICT OF LOUISIANA

Copy sent: USP
On: 7-5-2012
By: MBD